IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL DIVISION |
| vs. | Criminal No. 18-46 |
| WILLIAM J. HUGHES,<br>Defendant. | Judge David S. Cercone |

## ORDER OF COURT

AND NOW, to wit, this the _____ day of _____, 2022, upon consideration of the Defendant's motion to remove condition of home detention from supervised release, the USA's position thereto, the USPO position thereto, and the Court having given the matter due consideration, it is hereby ORDERED that the motion is GRANTED.

It is ORDERED that the condition of home detention is removed from Defendant's supervised release. The remaining conditions of supervised release, and his sentence remain in full force and effect.

By the Court:

_____, S.J.
David S. Cercone